**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1491**

_____

MATTHEW JONES,

Plaintiff - Appellant,

v.

WICOMICO COUNTY CIRCUIT COURT,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge.  (1:25-cv-00787-BAH)

_____

Submitted:  November 25, 2025                    Decided:  December 1, 2025

_____

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Matthew Jones, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Matthew Jones appeals the district court's order dismissing his civil complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order.  *Jones v. Wicomico Cnty. Cir. Ct.*, No. 1:25-cv-00787-BAH (D. Md. Apr. 16, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*